UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON EDWARDS,<br><br>    Plaintiff,<br><br> v.<br><br>DR. KALEKA, et al.,<br><br>    Defendants. | No. 1:25-cv-00120-SAB (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT<br><br>(ECF No. 1)<br><br>ORDER TO FILE SIGNED COMPLAINT |

   Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

   The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). In reviewing the complaint, the Court noticed that Plaintiff's complaint lacks any signature. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's complaint is unsigned, the Court must strike it from the record. Plaintiff will be permitted thirty (30) days to file a signed complaint that complies with Federal Rules of Civil Procedure and the Local Rules.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed January 29, 2025, (ECF No. 1), is STRICKEN from the record for lack of signature;

2. The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;

3. Within thirty (30) days from the date of service of this order, Plaintiff SHALL file a signed complaint not to exceed twenty-five (25) pages in length (excluding exhibits); and

4. Plaintiff is warned that the failure to comply with this order will result in dismissal of this action for failure to obey a court order and for failure to prosecute.

IT IS SO ORDERED.

Dated: __**February 14, 2025**__                  _____
STANLEY A. BOONE
United States Magistrate Judge

2