1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   MARLON EDWARDS,                          No.  1:25-cv-00120-SAB (PC)

12              Plaintiff,                     ORDER VACATING SETTLEMENT
                                              CONFERENCE, LIFTING STAY OF CASE,
13        v.                                   AND DIRECTING CLERK OF COURT TO
                                              ISSUE THE DISCOVERY AND
14   DR. KALEKA, et al.,                       SCHEDULING ORDER

15              Defendants.                    (ECF Nos. 22, 23)

16

17

18        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

19   U.S.C. § 1983.

20        On June 18, 2025, the Court issued an order referring this case to the Court's Alternative

21   Dispute Resolution Program, set the case for a settlement conference on September 16, 2025,

22   before Magistrate Judge Barbara A. McAuliffe, and stayed the case.  (ECF No. 22.)  The Court

23   advised Defendants they could opt-out of the settlement conference with thirty days.  (Id.)

24        On July 1, 2025, Defendant filed a motion to opt-out of the settlement conference because

25   after investigation he determined a settlement conference would be unproductive at this time.

26   (ECF No. 23.)

27   ///

28   ///

1

1    Accordingly, it is HEREBY ORDERED that:

2    1.    The settlement conference set for September 16, 2025, before Magistrate Judge

3          Barbara A. McAuliffe is VACATED;

4    2.    The stay of this case is lifted; and

5    3.    The Clerk of Court shall issue the discovery and scheduling order.

6

7

8    IT IS SO ORDERED.

9    Dated:    **July 1, 2025**    _____

                                   STANLEY A. BOONE
10                                 United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2