UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON EDWARDS, | No.  1:25-cv-00120-KES-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. | |
| DR. KALEKA, et al., | (ECF No. 32) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed March 2, 2026.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to 60 days after the District Judge issues a ruling on the pending Findings and Recommendations regarding Defendants' exhaustion-based motion for summary judgment.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1