UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARLON EDWARDS,

          Plaintiff,

   v.

DR. KALEKA, et al.,

          Defendants.

No.  1:25-cv-00120-KES-SAB (PC)

ORDER SETTING DISPOSITIVE MOTION DEADLINE

(ECF Nos. 32, 38)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 2, 2026, the Court extended the dispositive motion deadline to 60 days after the District Judge rules on the Findings and Recommendations regarding Defendants' exhaustion-based motion for summary judgment.

On March 30, 2026, the Findings and Recommendations were adopted in full, and Defendants' partial motion for summary judgment for failure to exhaust the administrative remedies was granted resulting in dismissal of Defendants Kaleka and Shittu.  (ECF No. 38.) Accordingly, the deadline to file dispositive motions is **May 29, 2026**.

IT IS SO ORDERED.

Dated:    **March 30, 2026**

                    STANLEY A. BOONE
                    United States Magistrate Judge

1